1
2
3
4
5
6
7

8   UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
9                AT SEATTLE

10  GERALD ALAN SHERMAN,                    CASE NO. 2:10-CV-01209-MJP

11              Petitioner,                 MINUTE ORDER

12      v.

13  UNITED STATES OF AMERICA,

14              Respondent.

15

16      The following Minute Order is made by direction of the Court, the Honorable Marsha J.

17  Pechman, United States District Judge:

18      Upon review of Petitioner's Reprised Request for a Stay (Dkt. No. 18), the Court enters

19  the following order:

20      IT IS ORDERED that Petitioner shall be granted until **July 1, 2011** to obtain an attorney

21  and file any objection he wishes to make to the Report and Recommendation.  Petitioner's

22  objections must be filed by this date whether or not he has retained counsel.

23

24

MINUTE ORDER- 1

1 | The clerk is ordered to provide copies of this order to Petitioner and to all counsel.

2 | Filed this _31st_ day of May, 2011.

3

4 |                             William M. McCool
                                Clerk of Court

5
                                s/Mary Duett
6                               Deputy Clerk

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

MINUTE ORDER- 2