# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALD SHERMAN,<br><br>     Petitioner,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>     Respondent. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 2:10-CV-01209-MJP |

\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation is ADOPTED, and Petitioner 2255 petition is DENIED and DISMISSED with prejudice; further, that Petitioner is DENIED a certificate of appealability.

Dated July 18, 2011.

                William M. McCool
                Clerk of Court

                s/Mary Duett
                Deputy Clerk